# CHAPTER 13 PLAN

Case No.: **14-82967**

Debtor(s): **Sharon Knighten**  SS#: **xxx-xx-8523**  Net Monthly Earnings: **338.65**

SS#: _____  Number of Dependents: **0**

I. Plan Payments:
   ( ___ ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

   ( **X** ) Payroll deduction Order: To **Daikin America, Inc.** _____ for
   $ **152.31** ☐ weekly ☒ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **19,800.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| Internal Revenue Service | Taxes and certain other debts | $2,410.52 | $241.05 |

   B. Total Attorney Fee: $ **3,250.00** ; **$309.00** paid pre-petition.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Wells Fargo Hm Mortgag | $132,772.00 | ☐ by Trustee ☒ by Debtor $950.00 | November, 2014 | $0.00 | | 0.00% | $0.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | | |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

   ☒ This is an original plan.

   ☐ This is an amended plan replacing plan dated ____.

   ☒ This plan proposes to pay unsecured creditors **100** %.

   ☐ Other Provisions: **Lease with Nissan Motor Acceptance Corporation for the 2012 Nissan Rogue is to be paid Direct monthly. Lease is Assumed.**

Attorney for Debtor Name/Address/Telephone #  Date **October 29, 2014**  **/s/ Sharon Knighten**
**John C. Larsen**  **Sharon Knighten**
  Signature of Debtor
**1733 Winchester Road**
**Huntsville, AL 35811**
Telephone # **256-859-3008**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon all creditors listed on the matrix by depositing copies of this objection in the United States Mail, properly addressed and postage prepaid, on this the 4th day of November, 2014.

A copy was served electronically on Michael Ford, Chapter 13 Trustee, on this the 4th day of November, 2014.

/s/ John C. Larsen

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 14-82967-JAC7<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Tue Nov 4 12:16:29 CST 2014 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | Alliance Collection Service<br>600 W. main St.<br>Tupelo, MS 38804-3733 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Cach, LLC<br>4340 S. Monaco St. 2nd Floor<br>Denver, CO 80237-3485 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Dish Network<br>PO Box 105169<br>Atlanta, GA 30348-5169 | First Step Group, LLC<br>6300 Shingel Creek Parkway<br>Ste 220<br>Minneapolis, MN 55430-2162 | Franklin Collection Service<br>2978 W. Jackson St.<br>Tupelo, MS 38801-6731 |
| General Surgery Associates<br>One Hospital Drive<br>Huntsville, AL 35801-6455 | Holloway & Moxley LLP<br>PO Box 4953<br>Montgomery, AL 36103-4953 | Midland Funding NCC-2 Corp<br>8875 Aero Drive, Ste. 200<br>San Diego, CA 92123-2255 |
| Midland Funding, LLC<br>8875 Aero Drive, Ste. 200<br>San Diego, CA 92123-2255 | Nationstar Mortgage<br>8950 Cypress Waters Blvd<br>Irving, TX 75063 | Sears Credit Cards<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 |
| Stellar Recovery, Inc.<br>1327 Highway 2 W. Ste. 100<br>Kalispell, MT 59901-3413 | Target National Bank<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 | Bruce Everett Peterson<br>160 Fox Haven Lane<br>Toney, AL 35773-7152 |
| Cheryl Lynn Peterson<br>160 Fox Haven Lane<br>Toney, AL 35773-7152 | G. John Dezenberg Jr.<br>908-C N Memorial Parkway<br>Huntsville, AL 35801-5813 | Tazewell T Shepard<br>Tazewell Shepard, Trustee<br>PO Box 19045<br>Huntsville, AL 35804-9045 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982235
El Paso, TX 79998-2235

End of Label Matrix
Mailable recipients 20
Bypassed recipients 0
Total 20